**Order entered December 31, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01178-CR

**GEORGE GUO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00090-M**

## ORDER

Before the Court is court reporter Belinda Baraka's December 27, 2019 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before January 27, 2020.

/s/    BILL PEDERSEN, III
         JUSTICE